**STATE of Missouri, Respondent,**

v.

**Curtis WILLIAMS, Appellant.**

**No. 46815.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

Application to Transfer Denied
June 19, 1984.

Debra Buie Arnold, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Defendant was convicted of robbery in the first degree, a violation of § 569.020, RSMo.1978 and assault in the first degree, a violation of § 565.050, RSMo.1978. He was sentenced to two consecutive ten year terms of imprisonment. He appeals. No

